## LONG *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 30, September Term, 1964.]

*Decided October 16, 1964.*

Before Henderson, C. J., and Hammond, Prescott, Horney, Marbury, Sybert and Oppenheimer, JJ.

Per Curiam.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Duckett in the court below.

*Application denied.*